# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

### 2019 ND 249

Tara Lynn Huerd,                                    Plaintiff and Appellant

     v.

General Motors, LLC,                            Defendant and Appellee

### No. 20190125

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable John Charles Irby, Judge.

AFFIRMED.

Per Curiam.

Tara Huerd, self-represented, Mapleton, ND, for plaintiff and appellant; submitted on brief.

Courtney Ward-Reichard, Minneapolis, MN, for defendant and appellee; submitted on brief.

**Huerd v. General Motors, LLC**
**No. 20190125**

**Per Curiam.**

[¶1] Tara Huerd appeals the district court's judgment dismissing her complaint of a defective motor vehicle. Huerd contends that the district court erred by finding res judicata barred her action. Huerd also argues that the district court abused its discretion by dismissing the case without a hearing on the motion to dismiss. We summarily affirm the district court's judgment under N.D.R.App.P. 35.1(a)(4) and (7). An action brought in small claims court is subject to the doctrine of res judicata. See *Martin v. Marquee Pac., LLC*, 2018 ND 28, ¶ 18, 906 N.W.2d 65, 71-72. A small claims court's judgment cannot be appealed in district court. *Winter v. Solheim*, 2015 ND 210, ¶ 12, 868 N.W.2d 842. "[U]nless requested by a party, oral argument on a motion under N.D.R.Ct. 3.2 is not required." *Hoffman v. Jevne*, 2019 ND 156, ¶ 6, 930 N.W.2d 95.

[¶2]  Gerald W. VandeWalle, C.J.
  Jon J. Jensen
  Lisa Fair McEvers
  Daniel J. Crothers
  Jerod E. Tufte